**[J-16-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 748 CAP
   :
       Appellee    :    Appeal from the Order entered on
   :    November 16, 2007 in the Court of
   :    Common Pleas, Philadelphia
       v.    :    County, Criminal Division, denying
   :    PCRA relief at No. CP-51-CR-
   :    0602521-1989. (Nunc Pro Tunc
ANTHONY REID,    :    appeal rights reinstated on June 22,
   :    2017.)
       Appellant    :
   :    SUBMITTED: February 4, 2019

## CONCURRING STATEMENT

**JUSTICE WECHT**                              **DECIDED: October 15, 2020**

In *Commonwealth v. Reid*, 235 A.3d 1124 (Pa. 2020), a majority of a special panel of this Court determined that the Supreme Court of the United States' decision in *Williams v. Pennsylvania*, ___ U.S. ___, 136 S.Ct. 1899 (2016), could not serve as a basis to establish timeliness for purposes of the Post Conviction Relief Act. I joined the dissent in *Reid*, and I continue to believe that it correctly explained why Reid had properly established jurisdiction in the PCRA court. This disagreement notwithstanding, *Reid* is now on the books. Accordingly, I am constrained to join the Court's order to quash the instant appeal.